IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NICHOLAS A. BENAVIDES,

    Plaintiff,

    vs.                                     No. 2:18-cv-25-KRS

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions not reserved
to the Commissioner of the Social Security
Administration,

    Defendant.

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES**

**THIS MATTER** comes before the Court upon Plaintiff's Unopposed Motion to Extend Briefing Deadlines (Doc. 15), filed May 23, 2018. Having reviewed the request, the Court FINDS and CONCLUDES that Plaintiff's motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file and serve his motion to reverse or remand agency decision together with a supporting memorandum of law on or before **June 28, 2018**. Defendant shall file and serve her response on or before **August 24, 2018**, and Plaintiff may file and serve his reply, if any, on or before **September 24, 2018**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE