# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

NICHOLAS A. BENAVIDES,

    Plaintiff,

vs.                                                 No. 2:18-cv-25-KRS

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions not reserved
to the Commissioner of the Social Security
Administration,

    Defendant.

## **JUDGMENT**

Having granted Defendant's Unopposed Motion for Remand (Doc. 20) in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

                                                         */s/ Kevin Sweazea*
                                                      **KEVIN R. SWEAZEA**
                                                      **UNITED STATES MAGISTRATE JUDGE**